■ In the Matter of the Estate of SHIRLEY A. KEHOE, Deceased. JEFFREY KEHOE, Respondent; ROBERT L. EDICK, JR.,

et al., Appellants. [49 NYS3d 329]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Centra, Lindley, DeJoseph and Scudder, JJ.